08/17

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

Case No. _19-03596_  complex

Melvin J. Keely                    Chapter 7

Debtor(s).

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

(AAA)

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. AAA. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| 1155 Cora St NW Grand Rapids, MI 49504 Kent County | Yes | 4650 Plainfield Av. NE Grand Rapids MI | 5-25-20 | Yes |
| 548 W. Hougton Lake Rd Lake City, MI | Yes | 4650 Plainfield Ave Grand Rapids MI | 10-2-19 | Yes |
| 31258 Tapiola Rd Tapiola, MI quarter acre with delapited house non livable. | Yes | sister pays don't know Agent | | |
| 1971 Ford Van Location: 1155 Cora St NW, Grand Rapids MI 49504 non running sitting on blocks | No | | | |
| 2000 Chevrolet Pickup 160000 miles Location: 1155 Cora St NW, Grand Rapids MI 49504 | Yes | 4650 Plainfield Av. Grand Rapids MI | 11-25-19 | Yes |
| 2014 Chevrolet Suburban 92500 miles Location: 1155 Cora St NW, Grand Rapids MI 49504 | Yes | 4650 Plainfield Av Grand Rapids MI | 11-25-19 | Yes |
| 2004 Harley Davidson Location: 1155 Cora St NW, Grand Rapids MI 49504 | Yes | 4650 Plainfield Ave Grand Rapids. MI | 6-10-20 | Yes |
| 2007 Seadoo | | | | |
| Household Goods & Furnishings in Debtor's Possession Location: 1155 Cora St NW, Grand Rapids MI 49504 | included in home insurance | | | |
| Flatscreen TV, Laptop Computer in Debtor's Possession Location: 1155 Cora St NW, Grand Rapids MI 49504 | included in home insurance | | | |

If the debtor is self-employed, does the debtor have general liability insurance for business activities?
Yes ☐   No ☒

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

08/17

property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: **August 20, 2019**                   /s/ Melvin J. Keely J.
                                                                            Melvin J. Keely Sr
                                                                            Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors